ERIC P. ISRAEL [State Bar No. 132426]
eisrael@dgdk.com
ROBERT A. HESSLING [State Bar No. 096466]
rhessling@dgdk.com
AARON DE LEEST [State Bar No. 216832]
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Debtor and
Debtor-in-Possession

FILED & ENTERED

SEP 29 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY marshall  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

CBC FRAMING, INC.,

    Debtor.

) Case No. 1:09-20610-MT
)
) Chapter 11
)
) **ORDER AUTHORIZING DEBTOR AND**
) **DEBTOR-IN-POSSESSION TO**
) **EMPLOY DANNING, GILL, DIAMOND**
) **& KOLLITZ, LLP AS GENERAL**
) **BANKRUPTCY COUNSEL**
)
) [11 U.S.C. § 330]
)
) [No hearing required]
)

    Debtor and Debtor-in-Possession, CBC Framing, Inc. (the "Debtor" or "Applicant"), has filed an application to employ Danning, Gill, Diamond & Kollitz, LLP ("Danning-Gill") as its general bankruptcy counsel (the "Application"). It appears from the Application that it is necessary for the Debtor to employ Danning-Gill as its general bankruptcy counsel. It also appears that Danning-Gill and its partners and employees do not hold or represent any interest adverse to the Debtor, its creditors, and any other party in interest, or to this estate, and are disinterested persons as that term is defined in 11 U.S.C. § 101(14) and used in 11 U.S.C. § 327(a). It also appears that Danning-Gill's employment is in the best interest of the estate. It appearing that good cause exists:

///

///

1

342792.01 [XP]    25271

IT IS ORDERED THAT:

1. The Application is granted and the Debtor is authorized to employ Danning-Gill as of August 18, 2009, as the Debtor's general bankruptcy counsel as an administrative expense of the estate upon the terms in the Application.

2. The fees and reimbursable expenses to be awarded and paid shall be subject to the provisions of 11 U.S.C. §§ 330 and 331. Danning-Gill is authorized to place the unearned portion of the retainer it received from Applicant for its post-petition services in the amount of $159,003.80 in a segregated trust account pursuant to the U.S. Trustee Employment Guide, draw upon the trust account, and serve a face-sheet fee application on a monthly basis pursuant to the U.S. Trustee Employee Guide and Professional Fee Statement (Form UST-6) until such time as the retainer is fully exhausted.

3. In the event Danning-Gill's post-petition fees and expenses exceed the amount of the available retainer funds, Danning-Gill will seek payment of such additional sums from the bankruptcy estate pursuant to a duly noticed fee application, to be set not more frequently than every 120 days, or pursuant to such other procedure as may be authorized by Order of the Court after notice to creditors and parties in interest.

# # # #

DATED: September 29, 2009

_Maureen A. Tighe_
United States Bankruptcy Judge

2

342792.01 [XP]    25271

| In re: CBC FRAMING, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-20610-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ***ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL BANKRUPTCY COUNSEL*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On *September 15, 2009* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via U.S. Mail*
Hon. Maureen Tighe, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 325, Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 200 | Mayra Duran | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: CBC FRAMING, INC. | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-20610-MT |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On *September 15, 2009* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via U.S. Mail*
Debtor: CBC Framing, Inc., a CA Corporation, Attn: John Vojtech, President, 21026 Osborne Street, Suite 1, Canoga Park, CA 91304
Attys. for U.S. Trustee: Katherine Bunker, 21051 Warner Center Lane Ste 115, Woodland Hills, CA 91367
Attys. for Bank of America: Byron Mauss, Assayag & Mauss, PLC, 2915 Redhill Avenue, #200, Costa Mesa, CA 92626
Attys. for National Union Fire Insurance Company of Pittsburgh, PA: Sara Chenetz, Blank Rome LLP, 1925 Century Park E 19th FL, Los Angeles, CA 90067
Attys. for Creditors Comm.: David J. Richardson, Winston & Strawn, 333 S. Grand Ave., 38th Fl., Los Angeles, CA 90071

342792.01 [XP] 25271

In re: CBC FRAMING, INC.

Debtor(s).

CHAPTER: 11
CASE NUMBER: 1:09-20610-MT

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL BANKRUPTCY COUNSEL** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September _15, 2009_** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Katherine Bunker    kate.bunker@usdoj.gov
Howard Camhi    hcamhi@ecjlaw.com
Sara Chenetz    chenetz@blankrome.com
Aaron De Leest    aed@dgdk.com
Miguel Hernandez    mhernandez@cbmlaw.com
Robert A Hessling    rhessling@dgdk.com
Eric P Israel    eisrael@dgdk.com
Byron B Mauss    efilings@amklawgroup.com
David J Richardson    djrichardson@winston.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: CBC Framing, Inc., a CA Corporation, Attn: John Vojtech, President, 21026 Osborne Street, Suite 1, Canoga Park, CA 91304

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

5

342792.01 [XP] 25271