WINSTON & STRAWN LLP
David J. Richardson (State Bar No. 168592)
djrichardson@winston.com
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>CBC FRAMING, INC.<br><br>          Debtor, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. SV 1:09-20610-MT**<br><br>Chapter 11<br><br>**NOTICE OF ENTERED ORDER AUTHORIZING THE EMPLOYMENT OF WINSTON & STRAWN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

**TO THE INTERESTED PARTIES:**

          **PLEASE TAKE NOTICE** that on October 9, 2009, the Court entered the following Order:

**ORDER AUTHORIZING THE EMPLOYMENT OF WINSTON & STRAWN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

1    A copy of the entered Order is attached hereto as Exhibit "A"

2

3    Dated:  October 15, 2009                    WINSTON & STRAWN LLP

4

5                                        By:    /s/ David J. Richardson
                                                David J. Richardson
6                                               Attorneys for Official Committee of
                                                Unsecured Creditors
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA:256275

# EXHIBIT A

WINSTON & STRAWN LLP
David J. Richardson (State Bar No. 168592)
djrichardson@winston.com
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

FILED & ENTERED

OCT 09 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams  DEPUTY CLERK

[Proposed] Attorneys for Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re:

CBC FRAMING, INC.

       Debtor,

)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. SV 1:09-20610-MT**

Chapter 11

**ORDER AUTHORIZING THE
EMPLOYMENT OF WINSTON &
STRAWN LLP AS COUNSEL TO THE
OFFICIAL COMMITTEE OF
UNSECURED CREDITORS**

      Upon the application ("Application") of the Official Committee of Unsecured Creditors (the "Committee") appointed by the United States Trustee in the chapter 11 case of CBC Framing, Inc. (the "Debtor") for entry of an order under section 1103 of title 11 of the United States Code, as amended (the "Bankruptcy Code") authorizing the employment of Winston & Strawn LLP ("Winston & Strawn") as attorneys for the Committee; and upon the Declaration of David J. Richardson (the "Richardson Decl."), which was filed contemporaneously with the Application; wherein it appears that, based upon the representations made in the Application and Richardson Decl., that Winston & Strawn and its attorneys represent no interest adverse to the estates with respect to matters in which they are to be engaged and qualify as "disinterested persons" as that term

1  is defined under section 101(14) of the Bankruptcy Code; and this Court having determined that

2  such retention is in the best interests of the Debtor's estates, creditors and other parties in interest;

3  and notice of the Application having been given to the Office of the United States Trustee, the

4  Debtor, counsel to the Debtor, and other parties requesting special notice in these cases, and it

5  appearing that no other or further notice need be given; and upon the record herein, after due

6  deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

7        ORDERED that the Application is granted in its entirety; and it is further

8        ORDERED that pursuant to section 1103 of the Bankruptcy Code, the Committee is

9  authorized to employ and retain Winston & Strawn as its attorneys effective as of August 31, 2009 to

10  perform the services set forth in the Application; and it is further

11        ORDERED that Winston & Strawn shall be compensated in accordance with the

12  procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Federal Rules of

13  Bankruptcy Procedures (the "Bankruptcy Rules") and local rules and guidelines as may then be

14  applicable, from time to time, and such procedures as may be fixed by order of this Court; and it is

15  further

16        ORDERED, that Winston & Strawn's fees and expenses incurred on or after August

17  31, 2009, shall be paid by this Debtor's bankruptcy estate, subject to the Bankruptcy Code,

18  Bankruptcy Rules and Orders of this Court.

19

20                    # # #

21

22

23  *Maureen Tighe*

24

25

26  DATED: October 9, 2009            _____
                                 United States Bankruptcy Judge

27

28

LA:256275

2

| In re:<br>CBC FRAMING, INC.<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  SV 1:09-20610-MT |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
> Winston & Strawn LLP
> 333 South Grand Avenue, 38th Floor
> Los Angeles, CA 90071-1543

A true and correct copy of the foregoing document described as   **ORDER AUTHORIZING THE EMPLOYMENT OF WINSTON & STRAWN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   September 30, 2009   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
> **Via Federal Express**
> Honorable Maureen A. Tighe
> United States Bankruptcy Court
> 21041 Burbank Blvd., Suite 325
> Woodland Hills, CA  91367-6606

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____,  I served  the  following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2009 | Lucy Fera | |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| | |
|---|---|
| In re:<br>CBC FRAMING, INC. | CHAPTER   11 |
| Debtor(s). | CASE NUMBER  SV 1:09-20610-MT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**II.  SERVED BY U.S. MAIL**

U.S. Trustee
Katherine Bunker
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>CBC FRAMING, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: SV 1:09-20610-MT |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING THE EMPLOYMENT OF WINSTON & STRAWN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 30, 2009 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
CBC Framing, Inc.
Attn: John W. Vojtech
21026 Osborne Street, Ste. 1
Canoga Park, CA 91304-1756

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 9021-1.1**

| In re:<br>CBC FRAMING, INC. | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: SV 1:09-20610-MT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Howard Camhi on behalf of Interested Party Courtesy NEF
hcamhi@ecjlaw.com

Sara Chenetz on behalf of Creditor National Fire Union Insurance Company of Pittsburgh, PA
chenetz@blankrome.com

Aaron De Leest on behalf of Debtor CBC Framing, Inc., a CA Corporation
aed@dgdk.com

Steven R. Fox on behalf of Interested Party Courtesy NEF
emails@foxlaw.com

Miguel Hernandez on behalf of Interested Party Courtesy NEF
mhernandez@cbmlaw.com

Robert A Hessling on behalf of Debtor CBC Framing, Inc., a CA Corporation
rhessling@dgdk.com

Eric P Israel on behalf of Debtor CBC Framing, Inc., a CA Corporation
eisrael@dgdk.com

Byron B Mauss on behalf of Creditor Bank of America, N.A.
efilings@amklawgroup.com

David J Richardson on behalf of Creditor Committee Official Committee of Unsecured Creditors
djrichardson@winston.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**III. TO BE SERVED BY THE LODGING PARTY:**

Jonathan Chen
3801 University Ave Ste 710
Riverside, CA 92501

LECG LLC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Ryan M Manning
895 Dove Street 5th flr
Newport Beach, CA 92660

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**

| | |
|---|---|
| In re:<br>CBC FRAMING, INC.<br><br>Debtor(s). | CHAPTER   11<br><br>CASE NUMBER  SV 1:09-20610-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

        Winston & Strawn LLP
        333 South Grand Avenue, 38th Floor
        Los Angeles, CA  90071-1543

A true and correct copy of the foregoing document described as  __**NOTICE OF ENTERED ORDER AUTHORIZING THE EMPLOYMENT OF WINSTON & STRAWN LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  __October 15, 2009__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

                                    ☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  __October 15, 2009__ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

        **Via Federal Express**
        Honorable Maureen A. Tighe
        United States Bankruptcy Court
        21041 Burbank Blvd., Suite 325
        Woodland Hills, CA  91367-6606

                                      ☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                                    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| October 15, 2009 | Lucy Fera | *Lucy Fera* (signature) |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>CBC FRAMING, INC.<br><br>Debtor(s). | CHAPTER   11<br><br>CASE NUMBER  SV 1:09-20610-MT |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION** (if needed):

### I.   **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Howard Camhi on behalf of Interested Party Courtesy NEF
hcamhi@ecjlaw.com

Sara Chenetz on behalf of Creditor National Fire Union Insurance Company of Pittsburgh, PA
chenetz@blankrome.com

Aaron De Leest on behalf of Debtor CBC Framing, Inc., a CA Corporation
aed@dgdk.com

Steven R. Fox on behalf of Interested Party Courtesy NEF
emails@foxlaw.com

Miguel Hernandez on behalf of Interested Party Courtesy NEF
mhernandez@cbmlaw.com

Robert A Hessling on behalf of Debtor CBC Framing, Inc., a CA Corporation
rhessling@dgdk.com

Eric P Israel on behalf of Debtor CBC Framing, Inc., a CA Corporation
eisrael@dgdk.com

Byron B Mauss on behalf of Creditor Bank of America, N.A.
efilings@amklawgroup.com

David J Richardson on behalf of Creditor Committee Official Committee of Unsecured Creditors
djrichardson@winston.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>CBC FRAMING, INC. | CHAPTER   11 |
|---|---|
| Debtor(s). | CASE NUMBER  SV 1:09-20610-MT |

## II. **SERVED BY U.S. MAIL**:

U.S. Trustee
Katherine Bunker
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367

Jonathan Chen
3801 University Ave Ste 710
Riverside, CA 92501

LECG LLC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Ryan M Manning
895 Dove Street 5th flr
Newport Beach, CA 92660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9013-3.1