1  ERIC P. ISRAEL [State Bar No. 132426]
   eisrael@dgdk.com
2  ROBERT A. HESSLING [State Bar No. 096466]
   rhessling@dgdk.com
3  AARON DE LEEST [State Bar No. 216832]
   adeleest@dgdk.com
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California 90067
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Debtor and
   Debtor-in-Possession

**FILED & ENTERED**

**OCT 20 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY marshall  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:09-20610-MT |
| CBC FRAMING, INC., | ) Chapter 11 |
| Debtor. | ) **ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY ANDERSON KILL WOOD & BENDER, LLP AS SPECIAL LITIGATION COUNSEL** |
| | ) [11 U.S.C. § 330] |
| | ) [No hearing required] |

19    Debtor and Debtor-in-Possession, CBC Framing, Inc. (the "Debtor" or "Applicant"), has

20 filed an application to employ Anderson Kill Wood & Bender, LLP as its Special Litigation

21 Counsel (the "Application"). It appears from the Application that it is necessary for the Debtor to

22 employ Anderson Kill Wood & Bender, LLP ("Anderson-Kill"), as its special litigation counsel. It

23 also appears that Anderson-Kill and its partners and employees do not hold or represent any

24 interest adverse to the Debtor, its creditors, and any other party in interest, or to this estate, and are

25 disinterested persons as that term is defined in 11 U.S.C. § 101(14) and used in 11 U.S.C. § 327(a).

26 It also appears that Anderson-Kill's employment is in the best interest of the estate. It appearing

27 that good cause exists:

28 ///

IT IS ORDERED THAT:

1. The Application is granted and the Debtor is authorized to employ Anderson-Kill effective as of August 31, 2009, as the Debtor's special litigation counsel as an administrative expense of the estate upon the terms in the Application.

2. The fees and reimbursable expenses to be awarded and paid shall be subject to the provisions of 11 U.S.C. §§ 330 and 331. The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California and the practice and procedure of this Court.

3. Anderson-Kill is also authorized to file monthly fee statements and seek monthly payment of its post-petition fees and expenses upon Court approval of the Debtor's request to establish procedures for compensating and reimbursing professionals in part on a monthly basis.

# # # #

DATED: October 20, 2009

_____
United States Bankruptcy Judge

4

344340.01 [XP] 25271

| In re: CBC FRAMING, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-20610-MT |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY ANDERSON KILL WOOD & BENDER, LLP AS SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On October 14, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Via U.S. Mail***
Hon. Maureen Tighe, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 325, Woodland Hills, CA 91367
Proposed Special Litigation Counsel: David E. Wood, Esq., ANDERSON KILL WOOD & BENDER, LLP, 864 E. Santa Clara St, Ventura, CA 93001

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 14, 2009 | Cindy Cripe | /s/ Cindy Cripe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

5

344340.01 [XP] 25271

| | |
|---|---|
| In re: CBC FRAMING, INC.<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-20610-MT |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On October 14, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via U.S. Mail*
Attys. for U.S. Trustee: Katherine Bunker, 21051 Warner Center Lane Ste 115, Woodland Hills, CA 91367

Attys. for Bank of America: Byron Mauss, Assayag & Mauss, PLC, 2915 Redhill Avenue, #200, Costa Mesa, CA 92626

Attys. for National Union Fire Insurance Company of Pittsburgh, PA: Sara Chenetz, Blank Rome LLP, 1925 Century Park E 19th FL, Los Angeles, CA 90067

Attys. for Creditors Comm.: David J. Richardson, Winston & Strawn, 333 S. Grand Ave., 38th Fl., Los Angeles, CA 90071

344340.01 [XP] 25271

| In re: CBC FRAMING, INC.<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-20610-MT |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY ANDERSON KILL WOOD & BENDER, LLP AS SPECIAL LITIGATION COUNSEL** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 14, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Katherine Bunker     kate.bunker@usdoj.gov
Howard Camhi     hcamhi@ecjlaw.com
Sara Chenetz     chenetz@blankrome.com
Aaron De Leest     aed@dgdk.com
Miguel Hernandez     mhernandez@cbmlaw.com
Robert A Hessling     rhessling@dgdk.com
Eric P Israel     eisrael@dgdk.com
Byron B Mauss     efilings@amklawgroup.com
David J Richardson     djrichardson@winston.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

David E. Wood, Esq., ANDERSON KILL WOOD & BENDER, LLP, 864 E. Santa Clara St, Ventura, CA 93001

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

7

344340.01 [XP] 25271